UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL R. PINEDO,<br><br>   Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 1:24-cv-00752-CDB (SS)<br><br>ORDER GRANTING STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(Doc. 14) |

  Before the Court is the parties' stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) filed October 9, 2024.  (Doc. 14).

  Upon consideration of the parties' stipulation, pleadings and for good cause shown, IT IS HEREBY ORDERED:

  1. The above-captioned matter is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

  2. Upon remand, the Commissioner will reconsider the period from January 6, 2017 to March 23, 2020, offer Plaintiff an opportunity for a hearing, further develop the record as necessary, and issue a new decision (*see* Doc. 14 at 1-2); and

//

//

3. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner, and terminate all pending dates.

IT IS SO ORDERED.

Dated: **October 23, 2024**

UNITED STATES MAGISTRATE JUDGE